# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1019

_____

John M. Carter, and on behalf of others Similarly situated

*Plaintiff - Appellant*

v.

William Muldoon, individual capacity; Dave Stolz, individual capacity; Nebraska
Law Enforcement Training Center; Does 1-25 inclusive

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: October 11, 2019
Filed: October 18, 2019
[Unpublished]

_____

Before LOKEN, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this civil rights action, John M. Carter appeals following the district court's[1]
adverse grant of summary judgment. Viewing the record in a light most favorable to

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the
District of Nebraska.

Carter, we find that the district court properly granted summary judgment to defendants William Muldoon and Dave Stolz in their individual capacities based on a determination that they were entitled to qualified immunity. See Clark v. Clark, 926 F.3d 972, 977 (8th Cir. 2019) (de novo review). We also find no abuse of discretion in the district court's denial of Carter's motion for recusal. See Fletcher v. Conoco Pipe Line Co., 323 F.3d 661, 664 (8th Cir. 2003) (judge is presumed impartial, and party seeking recusal bears substantial burden of showing otherwise); Moran v. Clarke, 296 F.3d 638, 648 (8th Cir. 2002) (en banc) (standard of review). The judgment is affirmed, see 8th Cir. R. 47B; and Carter's motion to supplement the record is denied.

_____